CURTIS RAY McCLURE, Appellant, v. THE STATE OF NEVADA, Respondent.

No. 8323

February 20, 1976                                    546 P.2d 232

*Morgan D. Harris*, Public Defender, Clark County, for Appellant.

*Robert List*, Attorney General, and *George E. Holt*, District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

After a jury trial, appellant stands convicted of second degree murder for the killing of Betty Alice McClure. Here,

appellant contends the trial court erred in refusing a challenge for cause to a juror who was later excused peremptorily. We disagree.

After exhausting all peremptory challenges, the jury contained no one whom appellant had challenged for cause. Under such circumstances, we need not determine whether it was error for the trial court to deny the cause challenge. Odom v. State, 91 Nev. 473, 538 P.2d 167 (1975); Mears v. State, 83 Nev. 3, 422 P.2d 230 (1967).

Affirmed.